# EXHIBIT C

## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS
### Guideline Calculation Based
### Fiscal Year 2019

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2G2.2 Trafficking, Receipt, or Possession of Child Pornography | 1,461 | 1.9 |
| (a)(1) Defendant convicted of 18 U.S.C. §1466(A)(b), §2252(a)(4) or §2252A(a)(5) (BOL 18) | 626 | 42.9 |
| (a)(2) Otherwise (Base offense level 22) | 835 | 57.2 |
| Chapter 2 Specific Offense Characteristic Adjustments | 1,461 | 100.0 |
| (b)(1)(A) If (a)(2) applies (B) defendant only received material and (C) did not traffic material (decrease 2 levels) | 163 | 11.2 |
| (b)(2) Victim under the age of 12 (2 levels)[72] | 1,377 | 94.3 |
| (b)(3)(A) Offense involved distribution for pecuniary gain (§2B1.1(b)(1) level, but at least 5 levels)[73] | 11 | 0.8 |
| (b)(3)(B) Defendant distributed in exchange for thing of value (5 levels)[74] | 142 | 9.7 |
| (b)(3)(B) Offense involved distribution in exchange for thing of value (5 levels)[73] | 0 | 0.0 |
| (b)(3)(C) Offense involved distribution to a minor (5 levels)[73] | 12 | 0.8 |
| (b)(3)(D) Offense involved distribution to a minor to coerce to facilitate travel of a minor to engage in any illegal activity other than covered under (E) (6 levels) | 5 | 0.3 |
| (b)(3)(E) Offense involved distribution to a minor to coerce to engage in sexual behavior (7 levels)[73] | 16 | 1.1 |
| (b)(3)(F) Defendant knowingly engaged in distribution other than in (b)(3)(A)-(D) (2 levels)[69,73] | 593 | 40.6 |
| (b)(3)(F) Offense involved distribution other than in (b)(3)(A)-(D) (2 levels)[69,73] | 1 | 0.1 |
| (b)(4)(A) Sadistic or masochistic conduct or other forms of violence depicted (4 levels)[75] | 897 | 61.4 |
| (b)(4)(B) Sexual abuse or exploitation of an infant or toddler depicted (4 levels) | 294 | 20.1 |

---

[72] SOC was formerly §2G2.2(b)(1) and redesignated §2G2.2(b)(2) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[73] SOC was formerly §G2.2(b)(2) and redesignated §2G2.2(b)(3) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[74] SOC was altered on November 1, 2016 from an "offense involved" standard to "defendant engaged in" standard.

[75] SOC was formerly §2G2.2(b)(3) and redesignated §2G2.2(b)(4) on November 1, 2004 and subsequently redesignated §2G2.2(b)(4)(A) on November 1, 2016. The statistics reflect all instances of the application of this SOC.

# USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS
## Guideline Calculation Based
## Fiscal Year 2019

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2G2.2 Trafficking, Receipt, or Possession of Child Pornography (continued) | 1,461 | 1.9 |
| (b)(5) Defendant engaged in a pattern of activity involving sexual exploitation (5 lvl's)[76] | 258 | 17.7 |
| (b)(6) Use of a computer (2 levels)[77] | 1,400 | 95.8 |
| (b)(7)(A) At least 10 images, but fewer than 150 (2 levels)[78] | 122 | 8.4 |
| (b)(7)(A) At least 10 images, but fewer than 150 (5 levels)[69,78] | 1 | 0.1 |
| (b)(7)(B) At least 150 images, but fewer than 300 (3 levels)[78] | 69 | 4.7 |
| (b)(7)(C) At least 300 images, but fewer than 600 (4 levels)[78] | 87 | 6.0 |
| (b)(7)(D) 600 images or more (4 levels)[69,78] | 1 | 0.1 |
| (b)(7)(D) 600 images or more (5 levels)[80] | 1,104 | 75.6 |
| §2G2.3 Selling or Buying Children for use in the Production of Pornography | 0 | 0.0 |
| No Specific Offense Characteristics for this guideline | NA | NA |
| §2G2.5 Recordkeeping Offenses Involving the Production of Sexually Explicit Materials | 0 | 0.0 |
| No Specific Offense Characteristics for the guideline | NA | NA |
| §2G2.6 Child Exploitation Enterprises | 19 | 0.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 19 | 100.0 |
| (b)(1)(A) Victim not attained the age of 12 years (4 levels) | 18 | 94.7 |
| (b)(1)(B) Victim between the ages of 12 and 16 (2 levels) | 1 | 5.3 |
| (b)(2)(A) Defendant was parent, relative, or legal guardian (2 levels) | 0 | 0.0 |
| (b)(2)(B) Minor was otherwise in custody, care, or supervisory control (2 levels) | 0 | 0.0 |
| (b)(3) Offense involved conduct described in 18 U.S.C. § 2241(a) or (b) (2 levels) | 1 | 5.3 |
| (b)(4) Computer or interactive computer service used (2 levels) | 19 | 100.0 |

---

[76] SOC was formerly §2G2.2(b)(4) and redesignated §2G2.2(b)(5) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[77] SOC was formerly §2G2.2(b)(5) and redesignated §2G2.2(b)(6) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[78] SOC was formerly §2G2.2(b)(6) and redesignated §2G2.2(b)(7) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS
## Guideline Calculation Based
## Fiscal Year 2020

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2G2.2 Trafficking, Receipt, or Possession of Child Pornography | 1,084 | 1.7 |
| (a)(1) Defendant convicted of 18 U.S.C. §1466(A)(b), §2252(a)(4) or §2252A(a)(5) (BOL 18) | 491 | 45.3 |
| (a)(2) Otherwise (Base offense level 22) | 593 | 54.7 |
| Chapter 2 Specific Offense Characteristic Adjustments | 1,081 | 99.7 |
| (b)(1)(A) If (a)(2) applies (B) defendant only received material and (C) did not traffic material (decrease 2 levels) | 142 | 13.1 |
| (b)(2) Victim under the age of 12 (2 levels)[63] | 1,015 | 93.6 |
| (b)(3)(A) Offense involved distribution for pecuniary gain (§2B1.1(b)(1) level, but at least 5 levels)[64] | 4 | 0.4 |
| (b)(3)(B) Defendant distributed in exchange for thing of value (5 levels)[65] | 109 | 10.1 |
| (b)(3)(B) Offense involved distribution in exchange for thing of value (5 levels)[64] | 0 | 0.0 |
| (b)(3)(C) Offense involved distribution to a minor (5 levels)[64] | 14 | 1.3 |
| (b)(3)(D) Offense involved distribution to a minor to coerce to facilitate travel of a minor to engage in any illegal activity other than covered under (E) (6 levels) | 11 | 1.0 |
| (b)(3)(E) Offense involved distribution to a minor to coerce to engage in sexual behavior (7 levels)[64] | 6 | 0.6 |
| (b)(3)(F) Offense involved distribution other than in (b)(3)(A)-(D) (2 levels)[64] | 387 | 35.7 |
| (b)(4)(A) Sadistic or masochistic conduct or other forms of violence depicted (4 levels)[66] | 618 | 57.0 |
| (b)(4)(B) Sexual abuse or exploitation of an infant or toddler depicted (4 levels) | 266 | 24.5 |

---

[63] SOC was formerly §2G2.2(b)(1) and redesignated §2G2.2(b)(2) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[64] SOC was formerly §G2.2(b)(2) and redesignated §2G2.2(b)(3) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[65] SOC was altered on November 1, 2016 from an "offense involved" standard to "defendant engaged in" standard.

[66] SOC was formerly §2G2.2(b)(3) and redesignated §2G2.2(b)(4) on November 1, 2004 and subsequently redesignated §2G2.2(b)(4)(A) on November 1, 2016. The statistics reflect all instances of the application of this SOC.

## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS
### Guideline Calculation Based
### Fiscal Year 2020

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2G2.2 Trafficking, Receipt, or Possession of Child Pornography (continued) | 1,084 | 1.7 |
| (b)(5) Defendant engaged in a pattern of activity involving sexual exploitation (5 lvl's)[67] | 171 | 15.8 |
| (b)(6) Use of a computer (2 levels)[68] | 1,021 | 94.2 |
| (b)(7)(A) At least 10 images, but fewer than 150 (2 levels)[69] | 104 | 9.6 |
| (b)(7)(B) At least 150 images, but fewer than 300 (3 levels)[69] | 55 | 5.1 |
| (b)(7)(C) At least 300 images, but fewer than 600 (4 levels)[69] | 64 | 5.9 |
| (b)(7)(D) 600 images or more (5 levels)[69] | 791 | 73.0 |
| §2G2.3 Selling or Buying Children for use in the Production of Pornography | 0 | 0.0 |
| No Specific Offense Characteristics for this guideline | NA | NA |
| §2G2.5 Recordkeeping Offenses Involving the Production of Sexually Explicit Materials | 0 | 0.0 |
| No Specific Offense Characteristics for the guideline | NA | NA |
| §2G2.6 Child Exploitation Enterprises | 5 | 0.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 5 | 100.0 |
| (b)(1)(A) Victim not attained the age of 12 years (4 levels) | 5 | 100.0 |
| (b)(1)(B) Victim between the ages of 12 and 16 (2 levels) | 0 | 0.0 |
| (b)(2)(A) Defendant was parent, relative, or legal guardian (2 levels) | 0 | 0.0 |
| (b)(2)(B) Minor was otherwise in custody, care, or supervisory control (2 levels) | 0 | 0.0 |
| (b)(3) Offense involved conduct described in 18 U.S.C. § 2241(a) or (b) (2 levels) | 0 | 0.0 |
| (b)(4) Computer or interactive computer service used (2 levels) | 5 | 100.0 |

---

[67] SOC was formerly §2G2.2(b)(4) and redesignated §2G2.2(b)(5) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[68] SOC was formerly §2G2.2(b)(5) and redesignated §2G2.2(b)(6) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

[69] SOC was formerly §2G2.2(b)(6) and redesignated §2G2.2(b)(7) on November 1, 2004. The statistics reflect all instances of the application of this SOC.

## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS[1]
### Guideline Calculation Based
### Fiscal Year 2021

| Guideline and SOC | Applied[2] | Percent[3] |
|---|---|---|
| §2G2.2 Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, Soliciting, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor | 1,285 | 2.2 |
| (a)(1) Defendant convicted of 18 U.S.C. § 1466A(b), § 2252(a)(4), § 2252A(a)(5), or § 2252A(a)(7)  (Base offense level 18) | 554 | 43.1 |
| (a)(2) Otherwise (Base offense level 22) | 731 | 56.9 |
| Chapter 2 Specific Offense Characteristic Adjustments | 1,280 | 99.6 |
| (b)(1) If subsection (a)(2) applies and the defendant's conduct was limited to the receipt or solicitation of material involving the sexual exploitation of a minor and the material was not distributed (2 level decrease) | 148 | 11.5 |
| (b)(2) Minor less than 12 years of age or prepubescent minor (2 levels) | 1,214 | 94.5 |
| (b)(3)(A) Involved distribution for pecuniary gain (Not less than 5 levels) | 9 | 0.7 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $40,000 (6 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $95,000 (8 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $150,000 (10 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $250,000 (12 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $550,000 (14 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $1,500,000 (16 levels) | 1 | 0.1 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $3,500,000 (18 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $9,500,000 (20 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $25,000,000 (22 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $65,000,000 (24 levels) | 0 | 0.0 |

# USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS[1]
## Guideline Calculation Based
## Fiscal Year 2021

| Guideline and SOC | Applied[2] | Percent[3] |
|---|---|---|
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $150,000,000 (26 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $250,000,000 (28 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $550,000,000 (30 levels) | 0 | 0.0 |
| (b)(3)(B) Defendant distributed in exchange for thing of value, but not for pecuniary gain (5 levels) | 140 | 10.9 |
| (b)(3)(C) Offense involved distribution to a minor (5 levels) | 12 | 0.9 |
| (b)(3)(D) Offense involved distribution to a minor to induce the minor to engage in any illegal activity other than covered under subdivision (E) (6 levels) | 5 | 0.4 |
| (b)(3)(E) Offense involved distribution to a minor to facilitate travel of the minor to engage in prohibited sexual contact (7 levels) | 9 | 0.7 |
| (b)(3)(F) Offense involved distribution other than in (b)(3)(A)-(E) (2 levels) | 497 | 38.7 |
| (b)(4)(A) Involved material that portrays sadistic or masochistic conduct or other forms of violence depicted (4 levels) | 755 | 58.8 |
| (b)(4)(B) Sexual abuse or exploitation of an infant or toddler depicted (4 levels) | 296 | 23.0 |
| (b)(5) Defendant engaged in a pattern of activity involving the sexual exploitation of a minor (5 levels) | 214 | 16.7 |
| (b)(6) Computer used for transmission/possession/accessing of the material (2 levels) | 1,235 | 96.1 |
| (b)(7)(A) Offense involved at least 10 images, but fewer than 150 (2 levels) | 129 | 10.0 |
| (b)(7)(B) Offense involved at least 150 images, but fewer than 300 (3 levels) | 70 | 5.4 |
| (b)(7)(C) Offense involved at least 300 images, but fewer than 600 (4 levels) | 72 | 5.6 |
| (b)(7)(D) Offense involved 600 images or more (5 levels) | 940 | 73.2 |